## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISIDRO GONZALEZ-PELAEZ | Criminal No. 1:25-cr-00188-JAW |

## PROSECUTION VERSION

On November 11, 2025 the defendant, an alien, was found in Calais, Maine, after having been removed from the United States on about November 3, 2006, at Brownsville, Texas; and on about December 11, 2012, at Calexico, California; and on about March 25, 2013, at Calexico, California; and on about August 3, 2018, at San Luis, Arizona, and not having obtained the express consent of the Secretary of the U.S. Department of Homeland Security to reapply for admission to the United States of America.

In this regard, on November 11, 2025, U.S. Border Patrol Agent Matthew Crews ("Agent Crews") was patrolling in the Calais, Maine area in his marked Border Patrol vehicle when he conducted a field immigration inspection of the defendant. The defendant was working at the time of the encounter. During the inspection, the defendant acknowledged that he was an alien who had entered the country illegally years earlier. Agent Crews transported the defendant to the nearby Border Patrol Station for processing.

During processing, Agent Crews digitally took the defendant's fingerprints and was able to confirm that the defendant was an alien from Mexico. Agent Crews also learned from records linked to the defendant's fingerprints that the defendant had been previously ordered deported and then removed from the United States on about November 3, 2006, at Brownsville, Texas; and on about December 11, 2012, at Calexico, California; and on about March 25, 2013, at Calexico, California; and on about August 3, 2018, at San Luis, Arizona by

immigration authorities. Agent Crews also learned that the records of the Department of Homeland Security had no indication that the defendant had ~~not~~ obtained the express consent of the Secretary of the U.S. Department of Homeland Security to reapply for admission to the United States of America.

If this case had proceeded to trial, the government would have presented the testimony of the Agent Crews and presented immigration records indicating that the defendant had previously been removed from the United States and had no legal status in the United States on the day he was apprehended.

Date:  December 16, 2025                      Respectfully submitted,

                                              ANDREW B. BENSON
                                              United States Attorney


                                              BY: /s/ Joel B. Casey
                                              Joel B. Casey
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              202 Harlow Street, Room 111
                                              Bangor, ME  04401
                                              (207) 945-0373
                                              Joel.casey@usdoj.gov

2

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 16, 2025, I filed the Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Stephen C. Smith, Esq.
    Counsel for the Defendant

    ANDREW B. BENSON
    United States Attorney

    BY: */s/ Joel B. Casey*
    Joel B. Casey
    Assistant United States Attorney
    United States Attorney's Office
    202 Harlow Street, Room 111
    Bangor, ME  04401
    (207) 945-0373
    Joel.casey@usdoj.gov